UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CORBIN SPENCER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. CV 17-0363-CJC (DFM)<br><br>ORDER TO SHOW CAUSE |

In its January 25, 2017 Order re: Procedures in Social Security Appeal, the Court ordered Plaintiff to promptly serve the summons and complaint on the government in accordance with Federal Rule of Civil Procedure 4(i) and file an appropriate proof of service within 30 days of the date of this Order. Dkt. 11 ¶ 1. The Court's review of the docket reveals that a proof of service was filed by Plaintiff on February 24, 2017. Dkt. 12. However, the government has not filed a notice of appearance and has not electronically served Plaintiff's administrative record as required by the Court's Order. The Court understands from Plaintiff's counsel that the government claims that service was defective.

///

Accordingly, on or before July 7, 2017, Plaintiff is ORDERED to good cause in writing, if any exists, why the Court should not dismiss Plaintiff's appeal for failure to prosecute. The filing of a new proof of service showing that the government has been properly served the summons and complaint in accordance with Rule 4(i) will satisfy this OSC.

**Plaintiff is warned that if he fails to timely file a response to this Order, the Court may dismiss the complaint for failure to comply with a Court order and/or for lack of prosecution.**

Dated: June 19, 2017

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge