JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CORBIN SPENCER,<br><br>             Plaintiff,<br><br>          v.<br><br>NANCY A. BERRYHILL, Deputy<br>Commissioner of Operations,<br>performing duties and functions not<br>reserved to the Commissioner of<br>Social Security,<br><br>             Defendant. | Case No. CV 17-00363-DFM<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that that the decision of the

Commissioner of Social Security is affirmed and this matter is dismissed with

prejudice.

Dated: December 6, 2018

_____

DOUGLAS F. McCORMICK
United States Magistrate Judge